1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH JACOBELLY,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>STRYKER CORPORATION; and DOES 1 THROUGH 25,<br><br>　　　　　　　　　　Defendants. | Case No.  2:24-cv-03109-DJC-AC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Assigned to the Hon. Daniel J. Calabretta<br><br>Complaint Filed:　　　　October 3, 2024<br>Case Removed:　　　　November 11, 2024<br>Current response date:　December 24, 2024<br>New response date:　　January 14, 2024 |

Pursuant to the Stipulation to Extend Time for Defendant to Respond to Plaintiff's First Amended Complaint, **IT IS HEREBY ORDERED** that Defendant STRYKER CORPORATION shall have an extension of time to file a response to Plaintiff's First Amended Complaint until and including January 14, 2025.

**IT IS SO ORDERED.**

Dated: December 20, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE