1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JACOBELLY,<br><br>          Plaintiff,<br>vs.<br><br>STRYKER CORPORATION, et al,<br><br>     Defendant. | Case No.: 2:24-cv-03109-DJC-AC<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Date: TBD<br>Time:  TBD<br>Courtroom: 10<br><br>JUDGE: HON. DANIEL J. CALABRETTA |

1

**ORDER GRANTING EXTENSION OF TIME AND DISCHARGING ORDER TO SHOW CAUSE**

The Court, having considered Plaintiff's Administrative Motion for Extension of Time to File Opposition to Motion to Dismiss, and good cause appearing, it is hereby ordered that:

1. Plaintiff's Administrative Motion for Extension of Time is GRANTED;
2. Plaintiff shall file his opposition to Defendant's Motion to Dismiss (ECF No. 12) no later than February 11, 2025.

IT IS SO ORDERED.

Dated:  February 6, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING EXTENSION OF TIME AND DISCHARGING ORDER TO SHOW CAUSE**