1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 JOSEPH JACOBELLY, | Case No.  2:24-cv-03109-DJC-AC |
| 12 Plaintiff, | Case Assigned to Hon. Daniel J. Calabretta |
| vs. | |
| 13 | **ORDER GRANTING STIPULATION TO** |
| STRYKER CORPORATION; and DOES | **EXTEND TIME FOR DEFENDANT TO** |
| 14 1 THROUGH 25, | **RESPOND TO PLAINTIFF'S THIRD** |
| | **AMENDED COMPLAINT** |
| 15 | |
| 16 | Complaint Filed:        October 3, 2024 |
| | Current Response Date: March 13, 2025 |
| 17 | New Response Date:      March 27, 2025 |

18

19        Pursuant to the Stipulation to Extend Time for Defendant to Respond to Plaintiff's

20    Third Amended Complaint, **IT IS HEREBY ORDERED** that Defendant Stryker Corporation

21    shall have an extension of time to file a response to Plaintiff's Complaint until and including

22    March 27, 2025.

23            **IT IS SO ORDERED.**

24

25    Dated:  March 18, 2025            /s/ Daniel J. Calabretta

26                                     THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE

27
28

- 1 -