## STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JOSEPH JACOBELLY, | Case No. 2:24-cv-03109-DJC-AC |
|---|---|
| Plaintiff, | Case Assigned to Hon. Daniel J. Calabretta |
| vs. | **ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| STRYKER CORPORATION; and DOES 1 THROUGH 25, | Complaint Filed: October 3, 2024<br>Third Amended Complaint Filed: February 20, 2025<br>Current Response Date: March 27, 2025<br>New Response Date: June 27, 2025 |

Pursuant to the Second Stipulation to Extend Time for Defendant to Respond to Plaintiff's Third Amended Complaint, **IT IS HEREBY ORDERED** that Defendant Stryker Corporation shall have an extension of time to file a response to Plaintiff's Third Amended Complaint until and including June 27, 2025.

**IT IS SO ORDERED.**

Dated: March 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

- 1 -